UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOIS FRANK | CIVIL ACTION |
| VERSUS | NO. 11-871 |
| SHELL OIL COMPANY, ET AL | SECTION: L |

J U D G M E N T

Considering the Court's Order and Reasons dated October 31, 2011 and the Court's Order and Reasons dated April 12, 2012, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Shell Oil Company, Shell Chemical LP, Travelers Insurance Company and The Travelers Indemnity Company and against plaintiff, Lois Frank, dismissing said plaintiff's claims with prejudice and costs.

New Orleans, Louisiana, this 17th day of April, 2012.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**